**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL BROMINATED SOLVENTS ASSOCIATION; AEROSAFE PRODUCTS, INC.; NATIONAL MINING ASSOCIATION; and ANCHOR GLASS CONTAINER CORPORATION, INC. | : : : : : : | |
| **Plaintiffs,** | : : | |
| v. | : : | 5:04-cv-394 (HL) |
| AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.; ELAINE CHAO, Secretary, U.S. DEPARTMENT OF LABOR; TOMMY THOMPSON, Secretary, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES | : : : : : : : : | |
| **Defendants.** | : | |

**O R D E R**

On February 15, 2007, a status conference on the above-captioned case was held. Upon consideration of the numerous pending motions, the responses and replies thereto, and the submissions by counsel for all parties at the conference, it is, and is hereby ORDERED that:

1. Defendant's Motion for Attorney's Fees (doc. 142) is DENIED.

2. Plaintiff's Motion to Compel (doc. 149) is MOOT as discussed during the conference.

3. Defendant's Motion to Preclude Plaintiffs' Use of Experts (doc. 165) is MOOT as discussed during the conference.

4. Defendant's Motion for a Protective Order (doc. 166) is MOOT as discussed during

the conference.

5. Defendant's Motion to Seal Documents (doc. 167) is GRANTED.

6. Plaintiff's Motion to Seal Documents (doc. 170) is MOOT as discussed during the conference.

7. Defendant's Motion for Leave to Exceed the Page Limit (doc. 174) is GRANTED in part, and DENIED in part. Defendant's memorandum in support of his motion for summary judgment shall not exceed sixty (60) pages in length. Plaintiff's response shall not exceed forty (40) pages in length.

8. Motions to Compel (docs. 158 & 176) submitted by both Plaintiff and Defendant are still pending, and orders are forthcoming.

It is further ORDERED and DIRECTED that the following deadlines be reset:

8. Discovery shall be completed on or before March 30, 2007.

9. The deadline to amend pleadings is April 13, 2007.

10. The dispositive motion filing deadline is May 15, 2007.

The Court expects the parties to work within these deadlines. No further extensions will be granted save for providential causes.

SO ORDERED, this 1st day of March, 2007.

/s/ *Hugh Lawson*
HUGH LAWSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

HL/cbb