IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROMINATED SOLVENTS ASS'N, AEROSAFE PRODUCTS, INC., NATIONAL MINING ASS'N and ANCHOR GLASS CONTAINER CORPORATION, INC., | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 5:04-CV-394 (HL) |
| | ) | |
| AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC., ELAINE CHAO, SECRETARY, U.S. DEPARTMENT OF LABOR. | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER

Pursuant to the direction of this Court on February 15, 2007, the federal defendants have

moved that the documents produced from the files of ACGIH's expert, Dr. Leslie Stayner that

relate to Dr. Stayner's work on OSHA's draft risk assessment on crystalline silica be filed under

seal. Federal defendants having so moved, said Motion to Seal (Doc. 183) is hereby granted.

SO ORDERED, this 29th day of June, 2007.


*S/   Hugh Lawson*
Honorable Hugh Lawson